IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO MARTINEZ BROBO | Case No.: 7:14-CR-31-HL |

ORDER ON MOTION FOR CONTINUANCE

Defendant **Antonio Martinez Brobo** , has moved the Court to continue the pre-trial hearing of his case, presently scheduled for October 23, 2014.  The Government does not oppose this motion. Defendant was arraigned on October 9, 2014, and is currently in custody.  Additional time is needed for pretrial investigation and to enter into plea negotiations between the defendant and government if warranted.  The Court finds that it is in the interests of justice to allow the parties to complete investigation and to explore possible plea negotiations and that these interests outweigh the interest of Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.  Accordingly, Defendant's Motion for Continuance [Doc. 19] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar.  The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 16th day of October, 2014.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT COURT

Prepared by:
Jose E. Guzman.
Attorney for Antonio Martinez Brobo .
Federal Defender Program for the
Middle District of Georgia, Inc.
233 12th Street, Suite 400
Columbus, Georgia 31901